UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 03-CR- 10355-DPW |
| v. | |
| CARMINE T. D'AMELIO | |
| A/K/A JUNIOR | |

ALLOWED; So ordered
NOV 20 2003

GOVERNMENT'S MOTION TO SEAL

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States Attorney hereby respectfully moves the Court to seal the Indictment, arrest warrant, this motion, the Court's order on this motion, all related docket entries and any other paperwork related to this matter, until further order of this Court or the Defendant is in custody, whichever is earlier. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to execute the arrest warrant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
COLIN G.K. OWYANG
Assistant U.S. Attorney

Date: November 20, 2003