AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

## APPEARANCE

Case Number: 03-10355-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   DEFENDANT

*Carmine D'Amelio*

I certify that I am admitted to practice in this court.

```
   FILED
In Open Court
 USDC, Mass.
Date 12-1-03
By _____
Deputy Clerk  2:45 PM
```

12/1/03
Date

_____
Signature

BERNARD GROSSBERG    212900
Print Name    Bar Number

99 Summer St.
Address

BOSTON    MA    02110
City   State   Zip Code

617-737-8538    617-737-8223
Phone Number    Fax Number