AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

DISTRICT OF __MA__

UNITED STATES OF AMERICA

V.

__Carmine D'Amelio__
Defendant

**APPEARANCE BOND**

CASE NUMBER: 03-10355-DPW

Non-surety:   I, the undersigned defendant acknowledge that I and my . . .
Surety:        We, the undersigned, jointly and severally acknowledge that we and our , . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __10,000.00_____, and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant __Carmine D'Amelio__ (name).

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __December 1, 2003__ at __USDC, Dist of MA__.
                        Date                        Place
Defendant: __Carmine D'Amelio__    Address: __20 Swan Ave EB__
Surety: __Carmine D'Amelio__       Address: __20 Swan Ave EB__
Surety: _____         Address: _____

Signed and acknowledged before me on __December 1, 2003__
                                      Date

_____
Judicial Officer/Clerk

Approved: __Marianne B. Bowler USMJ__
          Judicial Officer

# United States District Court

_____ DISTRICT OF __MA_____

UNITED STATES OF AMERICA

v.

__Carmine D'Amelio__
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: __03-10355-DPW__

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) __USDC, Dist of__
__MA__ on __December 9, 2003__
__2:15pm for arraignment__

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✓ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of __Ten Thousand__ dollars ($ __10,000__ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT        YELLOW - DEFENDANT        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL        GREEN - PRETRIAL SERVICES

AO199B (Rev.8/97) Additional Conditions of Release					Page  2  of  3  Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  ) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and state) _____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _Carmine Nimeth Jr_
Custodian or Proxy

_Defendant_

(  ) (7) The defendant shall:
  (X) (a) maintain or actively seek employment.
  (  ) (b) maintain or commence an educational program.
  (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel: _District of Massachusetts and other New England States_
  (X) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _Wanted witnesses_
  (X) (e) report on a regular basis to the supervising officer. — _By telephone on Wednesdays_
  (  ) (f) comply with the following curfew: _____
  (X) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
  (X) (h) refrain from ~~excessive~~ use of alcohol.
  (X) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
  (X) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _Gamblers Anonymous Program_
  (X) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property _$10,000 unsecured bond_
  (  ) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
  (  ) (m) execute a bail bond with solvent sureties in the amount of $ _____
  (  ) (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
  (  ) (o) surrender any passport to _____
  (X) (p) obtain no passport.
  (X) (q) submit to urine analysis testing upon demand of the supervising officer. _or any other form of testing_
  (  ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
  (  ) (s) submit to an electronic monitoring program as directed by the supervising officer.
  (X) (t) _No Gambling; Notify pretrial Services of any arrest within 24 hrs._

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Carmen D'Amelio_
Signature of Defendant

_130 Swan Ave_
Address

_East Boston  MA_         _617 561-4373_
City and State                Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: Dec 1, 2003

_Marianne B. Bowler_
Signature of Judicial Officer

MARIANNE B. BOWLER
CHIEF U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer