AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CARMINE T. D'AMELIO, A/K/A JUNIOR

**WARRANT FOR ARREST**

**03CR10355 DPW**

CASE NUMBER: 03-CR-

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___CARMINE T. D'AMELIO, A/K/A JUNIOR___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conducting, financing, managing, supervising, directing, and owning an illegal gambling business; money laundering conspiracy; conspiracy to defraud the IRS; and aiding & abetting.

in violation of Title ___18 USC___ United States Code, Section(s) ___1955, 1956(h), 371, & 2___

___[signature]___
Name of Issuing Officer

___[signature]___
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-21-03, Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/1/03 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.