UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Criminal No. 03-CR-10355-DPW |
| v. | )<br>) |
| CARMINE D'AMELIO | )<br>)<br>) |

FILED IN CLERKS OFFICE

2004 JAN -5  P 1: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT'S MOTION TO CONTINUE INITIAL STATUS CONFERENCE

The defendant, Carmine D'Amelio moves that his initial status conference scheduled for January 7, 2004, be continued to a later date certain. In support of this motion, the defendant states that on January 5, 2004, his counsel received a copy of the government's lengthy "automatic discovery" letter and three boxes of accompanying discovery materials. In order to adequately advise the Court of the status of this matter, counsel is in need of an amount of time to review the materials, to afford the defendant an opportunity to review the materials and thereafter, to consult with the defendant.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
B.B.O. No. 212900

Assented to: /s/ Colin Owyang
Colin Owyang, Esq.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I, Bernard Grossberg, Esq., hereby state that on the 5th day of January, 2004, I have served a true copy of the **Defendant's Motion To Continue Initial Status Conference** by fax and pre-paid first class mail upon Colin Owyang, Esq., Assistant United States Attorney, Office of the United States Attorney, One Courthouse Way, Boston, MA 02210.

                                                   _____
                                                   Bernard Grossberg