UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **Crim. No. 03-10355-MBB/DPW** |
| **v.** | |
| **CARMINE D'AMELIO,**<br>**a/k/a Junior** | |

**JOINT MOTION OF THE PARTIES TO EXCLUDE TIME**

    On January 5, 2004, Defendant Carmen D'Amelio filed an assented-to Motion to Continue Initial Status Conference which had been previously scheduled for January 7, 2004. The parties understand that the Court has since endorsed that order and rescheduled the conference. The parties now request that the Court exclude for the purposes of the Speedy Trial Act the time from January 7, 2004 through and including the date on which the conference has now been rescheduled, for the reasons largely set forth in D'Amelio's January 5, 2004 Motion.

    WHEREFORE, the parties hereby jointly move pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the foregoing, that the interests of justice that would be served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties respectfully request that this Court exclude the requested number of days in computing the time within

which trial must commence under 18 U.S.C. §3161(c)(1).

                                    Respectfully submitted,

| | |
|---|---|
| CARMEN D'AMELIO | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

                                  By:

| | |
|---|---|
| /s/ Bernard Grossberg (by CO) | /s/ Colin Owyang |
| BERNARD GROSSBERG, ESQ. | ERNEST DiNISCO |
| Attorney for Defendant | COLIN OWYANG |
| | Assistant U.S. Attorneys |

Date:  January 7, 2004