UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>CARMINE D'AMELIO           )<br>) | Criminal No. 03-CR-10355-DPW |

## MOTION OF COUNSEL FOR LEAVE TO WITHDRAW

Counsel for the defendant Carmine D'Amelio, in the above-entitled matter moves for leave to withdraw. In support of this motion, counsel states that there are irreconcilable differences between the defendant and counsel, financial and otherwise, which preclude counsel from representing the defendant herein.

Respectfully submitted
By his attorney,

Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8558
B.B.O. No. 212900

FILED
In Open Court
USDC, Mass.
Date 2-4-04
By
Deputy Clerk  2:30pm

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, Esq., hereby state that on the 4th day of February, 2004, I have served a true copy of the **Motion Of Counsel For Leave To Withdraw** by hand delivery upon Colin Owyang, Esq., Assistant United States Attorney, Office of the United States Attorney, One Courthouse Way, Boston, MA 02210.

Bernard Grossberg