UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

Crim. No. 03-10355-MBB/DPW

v.

CARMINE D'AMELIO,
a/k/a Junior

### SECOND JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The Court previously entered an Order in which it excluded certain time through February 4, 2004 for the purposes of the trial clock under the Speedy Trial Act. On February 4, 2004, Defendant Carmen D'Amelio's counsel filed a Motion to Withdraw. On the same date, this Court provisionally appointed substitute counsel and scheduled an Interim Status Conference for March 3, 2004. Current defense counsel will not formally be permitted to withdraw until such time as substitute counsel enters an appearance. Undersigned defense counsel stipulated to the exclusion of time through the March 3, 2004 status conference.

WHEREFORE, the parties hereby jointly move pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the foregoing, that the interests of justice that would be served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties respectfully request that this Court

exclude the requested number of days, from February 4, 2004 through and including March 3, 2004, in computing the time within which trial must commence under 18 U.S.C. §3161(c)(1).

       Respectfully submitted,

| | |
|---|---|
| CARMEN D'AMELIO<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| *Bernard Grossberg (by CO)*<br>BERNARD GROSSBERG, ESQ.<br>Attorney for Defendant | *[signature]*<br>ERNEST DiNISCO<br>COLIN OWYANG<br>Assistant U.S. Attorneys |

Date:  February 4, 2004

-2-