UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **Crim. No.  03-10355-MBB/DPW** |
| **v.** | |
| **CARMINE D'AMELIO,**<br>**a/k/a Junior** | |

### THIRD JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The Court previously entered an Order in which it excluded certain time through March 3, 2004 for the purposes of the trial clock under the Speedy Trial Act.  On March 3, 2004, Defendant Carmen D'Amelio's counsel requested additional time to review discovery and the Court set a further status conference for April 22, 2004.  Undersigned defense counsel stipulated to the exclusion of time through the April 22, 2004 status conference.

WHEREFORE, the parties hereby jointly move pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the foregoing, that the interests of justice that would be served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties respectfully request that this Court

exclude the requested number of days, from March 3, 2004 through and including April 22, 2004, in computing the time within which trial must commence under 18 U.S.C. §3161(c)(1).

                        Respectfully submitted,

| | |
|---|---|
| CARMEN D'AMELIO | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/ Charles P. McGinty (by CO) | /s/ Colin Owyang |
| CHARLES P. McGINTY, ESQ. | ERNEST DiNISCO |
| Attorney for Defendant | COLIN OWYANG |
| | Assistant U.S. Attorneys |

Date:  March 3, 2004