UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                               ) | CRIMINAL NO. 03-10355-DPW |
| ) | |
| CARMINE T. D'AMELIO               ) | |
| ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION BY A DISTRICT JUDGE OF A RULING BELOW DENYING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF INFORMATION PURSUANT TO LOCAL RULE 116.6(A)**

Defendant Carmine T. D'Amelio respectfully moves this Court, pursuant to Rule 2(b) of the Rules for United States Magistrates, for reconsideration by the District Judge of the Chief Magistrate Judge's Memorandum and Order Re: Defendant's Motion to Compel Disclosure of Information Pursuant to Local Rule 116.6(A), dated March 8, 2004. In his motion, defendant challenged the government's declination of co-conspirator information and Giglio information, and moved for an Order compelling the government to comply with Local Rule 116.1 and 116.2. Defendant separately files his memorandum in support of this motion.

CARMINE T. D'AMELIO
By his attorney,

*Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served on Assistant U.S. Attorney Ernest DiNisco and Assistant U.S. Attorney Colin Owyang on March 18, 2004.

*Charles P. McGinty*
Charles P. McGinty