

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

March 26, 2004

Charles McGinty, Esq.
Federal Public Defenders
408 Atlantic Avenue
Boston, Massachusetts  02210

Re:  United States v. Carmine D'Amelio, 03-CR-10355-DPW

Dear Mr. McGinty:

Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following cassette tapes from state-authorized electronic surveillance:

**Box 1 - January 14, 2000 through January 28, 2000, tape 1**

Phone Number 781/231-9312

| Date | Tapes |
|---|---|
| January 14, 2000 | 2 cassette tapes |
| January 15, 2000 | 4 cassette tapes |
| January 16, 2000 | 2 cassette tapes |
| January 17, 2000 | 2 cassette tapes |
| January 18, 2000 | 1 cassette tape |
| January 19, 2000 | 2 cassette tapes |
| January 20, 2000 | 2 cassette tapes |
| January 21, 2000 | 1 cassette tape |
| January 22, 2000 | 3 cassette tapes |
| January 23, 2000 | 2 cassette tapes |
| January 24, 2000 | 1 cassette tape |
| January 25, 2000 | 1 cassette tape |
| January 26, 2000 | 2 cassette tapes |
| January 27, 2000 | 2 cassette tapes |
| January 28, 2000 | 1 cassette tape |

**Total Tapes in Box 1     28**

**Box 2 - January 14, 2000 through January 28, 2000**

<u>Phone Number 617/818-6484</u>

| | |
|---|---|
| January 14, 2000 | 1 cassette tape |
| January 15, 2000 | 2 cassette tapes |
| January 16, 2000 | 2 cassette tapes |
| January 17, 2000 | 2 cassette tapes |
| January 18, 2000 | 1 cassette tape |
| January 19, 2000 | 1 cassette tape |
| January 20, 2000 | 1 cassette tape |
| January 21, 2000 | 1 cassette tape |
| January 22, 2000 | 2 cassette tapes |
| January 23, 2000 | 2 cassette tapes |
| January 24, 2000 | 3 cassette tapes |
| January 25, 2000 | 1 cassette tape |
| January 26, 2000 | 2 cassette tapes |
| January 27, 2000 | 2 cassette tapes |
| January 28, 2000 | <u>2 cassette tapes</u> |

Total Tapes in Box 2    25

**Box 3 - January 29, 2000 through February 12, 2000**

<u>Phone Number 617/818-6484</u>

| | |
|---|---|
| January 29, 2000 | 1 cassette tape |
| January 30, 2000 | 2 cassette tapes |
| January 31, 2000 | 3 cassette tapes |
| February 1, 2000 | 2 cassette tapes |
| February 2, 2000 | 1 cassette tape |
| February 3, 2000 | 1 cassette tapes |
| February 4, 2000 | 2 cassette tapes |
| February 5, 2000 | 2 cassette tapes |
| February 6, 2000 | 1 cassette tape |
| February 7, 2000 | 2 cassette tapes |
| February 8, 2000 | 1 cassette tape |
| February 9, 2000 | 1 cassette tape |
| February 10, 2000 | 2 cassette tapes |
| February 11, 2000 | 2 cassette tapes |
| February 12, 2000 | <u>2 cassette tapes</u> |

Total Tapes in Box 3    25

**Box 4 - February 13, 2000 to March 3, 2000**

<u>Phone Number 617/818-6484</u>

| | |
|---|---|
| February 13, 2000 | 1 cassette tape |
| February 14, 2000 | 3 cassette tapes[1] |
| February 15, 2000 | 1 cassette tape |
| February 16, 2000 | 1 cassette tape |
| February 17, 2000 | 1 cassette tape |
| February 18, 2000 | 1 cassette tape |
| February 19, 2000 | 1 cassette tape |
| February 20, 2000 | 2 cassette tapes |
| February 21, 2000 | 2 cassette tapes |
| February 22, 2000 | 1 cassette tape |
| February 23, 2000 | 1 cassette tape |
| February 24, 2000 | 1 cassette tape |
| February 25, 2000 | 1 cassette tape |
| February 26, 2000 | 1 cassette tape |
| February 27, 2000 | 1 cassette tape |
| February 28, 2000 | 2 cassette tapes |
| February 29, 2000 | 1 cassette tape |
| March 1, 2000 | 1 cassette tape |
| March 2, 2000 | 1 cassette tape |
| March 3, 2000 | <u>1 cassette tapes</u> |

Total Tapes in Box 4        26

**Box 5 - March 4, 2000 through March 16, 2000**

<u>Phone Number 617/818-6484</u>

| | |
|---|---|
| March 4, 2000 | 1 cassette tape |
| March 5, 2000 | 1 cassette tape |
| March 6, 2000 | 2 cassette tapes |
| March 7, 2000 | 2 cassette tapes |
| March 8, 2000 | 1 cassette tape |
| March 9, 2000 | 1 cassette tape |
| March 10, 2000 | 2 cassette tapes |
| March 11, 2000 | 1 cassette tape |
| March 12, 2000 | 2 cassette tapes |
| March 13, 2000 | 2 cassette tapes |
| March 14, 2000 | 1 cassette tape |
| March 15, 2000 | 1 cassette tape |
| March 16, 2000 | <u>2 cassette tapes</u> |

Total Tapes in Box 5        19

---

[1] Two cassette tapes labeled "1."

3

### Box 6 - January 29, 2000 through February 10, 2000

#### Phone Number 781/258-1708

| Date | Tapes |
|---|---|
| January 29, 2000 | 2 cassette tapes |
| January 30, 2000 | 2 cassette tapes |
| January 31, 2000 | 2 cassette tapes |
| February 1, 2000 | 2 cassette tapes |
| February 2, 2000 | 2 cassette tapes |
| February 3, 2000 | 2 cassette tapes |
| February 4, 2000 | 2 cassette tapes |
| February 5, 2000 | 3 cassette tapes |
| February 6, 2000 | 2 cassette tapes |
| February 7, 2000 | 1 cassette tape |
| February 8, 2000 | 1 cassette tape |
| February 9, 2000 | 1 cassette tape |
| February 10, 2000 | 1 cassette tape |

**Total Tapes in Box 6    23**

### Box 7 - February 11, 2000 through March 5, 2000

#### Phone Number 781/258-1708

| Date | Tapes |
|---|---|
| February 11, 2000 | 1 cassette tape |
| February 12, 2000 | 2 cassette tapes |
| February 13, 2000 | 1 cassette tape |
| February 14, 2000 | 1 cassette tape |
| February 22, 2000 | 1 cassette tape |
| February 23, 2000 | 2 cassette tapes |
| February 24, 2000 | 3 cassette tapes |
| February 25, 2000 | 1 cassette tape |
| February 26, 2000 | 1 cassette tape |
| February 27, 2000 | 1 cassette tape |
| February 28, 2000 | 1 cassette tape |
| February 29, 2000 | 2 cassette tapes |
| March 1, 2000 | 2 cassette tapes |
| March 2, 2000 | 2 cassette tapes |
| March 3, 2000 | 2 cassette tapes |
| March 4, 2000 | 1 cassette tape |
| March 5, 2000 | 1 cassette tape |

**Total Tapes in Box 7    25**

**Box 8 - March 6, 2000 through March 24, 2000**

<u>Phone Number 781/258-1708</u>

| | |
|---|---|
| March 6, 2000 | 2 cassette tapes |
| March 7, 2000 | 2 cassette tapes |
| March 8, 2000 | 2 cassette tapes |
| March 9, 2000 | 3 cassette tapes |
| March 10, 2000 | 2 cassette tapes |
| March 11, 2000 | 1 cassette tape |
| March 12, 2000 | 1 cassette tape |
| March 13, 2000 | 1 cassette tape |
| March 14, 2000 | 1 cassette tape |
| March 15, 2000 | 2 cassette tapes |
| March 16, 2000 | <u>1 cassette tape</u> |

**Total Tapes in Box 8     18**

**Box 9 - February 15, 2000 through March 10, 2000**

<u>Telephone Number 617/388-5579</u>

| | |
|---|---|
| February 15, 2000 | 1 cassette tape |
| February 16, 2000 | 1 cassette tape |
| February 17, 2000 | 2 cassette tapes |
| February 18, 2000 | 2 cassette tapes |
| February 19, 2000 | 1 cassette tape |
| February 20, 2000 | 1 cassette tape |
| February 21, 2000 | 2 cassette tapes |
| February 22, 2000 | 2 cassette tapes |
| February 23, 2000 | 1 cassette tape |
| February 24, 2000 | 1 cassette tape |
| February 25, 2000 | 2 cassette tapes |
| February 26, 2000 | 2 cassette tapes |
| February 27, 2000 | 1 cassette tape |
| March 8, 2000 | 2 cassette tapes |
| March 9, 2000 | 2 cassette tapes |
| March 10, 2000 | <u>2 cassette tapes</u> |

**Total Tapes in Box 9     25**

5

### Box 10 - March 10, 2000 though March 24, 2000[2]

#### Telephone Number 617/388-5579

| | |
|---|---|
| March 10, 2000 | 1 cassette tape |
| March 11, 2000 | 1 cassette tape |
| March 12, 2000 | 1 cassette tape |
| March 13, 2000 | 1 cassette tape |
| March 14, 2000 | 2 cassette tapes |
| March 15, 2000 | 2 cassette tapes |
| March 16, 2000 | 1 cassette tape |

**Total Tapes in Box 10**        9

### Box 11 - January 29, 2000 through February 8, 2000

#### Telephone Number 781/284-7487

| | |
|---|---|
| January 29, 2000 | 3 cassette tapes |
| January 30, 2000 | 3 cassette tapes |
| January 31, 2000 | 2 cassette tapes |
| February 1, 2000 | 2 cassette tapes |
| February 2, 2000 | 2 cassette tapes |
| February 3, 2000 | 2 cassette tapes |
| February 4, 2000 | 2 cassette tapes |
| February 5, 2000 | 3 cassette tapes |
| February 6, 2000 | 2 cassette tapes |
| February 7, 2000 | 2 cassette tapes |
| February 8, 2000 | 2 cassette tapes |

**Total Tapes in Box 11**        25

### Box 12 - February 9, 2000 through February 12, 2000

#### Telephone Number 781/284-7487

| | |
|---|---|
| February 9, 2000 | 2 cassette tapes |
| February 10, 2000 | 2 cassette tapes |
| February 11, 2000 | 1 cassette tape |
| February 12, 2000 | 3 cassette tapes |

**Total Tapes in Box 12**        8

---

[2] Box is marked March 10 through March 24, but only contains tapes from March 10 through March 16, 2000.

**Box 13 - March 17, 2000 - March 24, 2000**

<u>Telephone Number 617/818-6484</u>

| | |
|---|---|
| March 19, 2000 | 3 cassette tapes |
| March 20, 2000 | 3 cassette tapes |
| March 21, 2000 | 1 cassette tape |
| March 22, 2000 | 2 cassette tapes |
| March 23, 2000 | 3 cassette tapes |
| March 24, 2000 | 3 cassette tapes |

<u>Telephone Number 781/258-1708</u>

| | |
|---|---|
| March 17, 2000 | 2 cassette tapes |
| March 18, 2000 | 1 cassette tape |
| March 19, 2000 | 1 cassette tape |
| March 20, 2000 | 3 cassette tapes |
| March 21, 2000 | 1 cassette tapes |
| March 22, 2000 | 1 cassette tape |
| March 23, 2000 | <u>1 cassette tape</u> |

**Total Tapes in Box 13       24**

**Box 14 - March 17, 2000 - March 24, 2000**

| | |
|---|---|
| March 23, 2000 | 1 cassette tape |
| March 24, 2000 | 3 cassette tapes |

<u>Telephone Number 617/388-5579</u>

| | |
|---|---|
| March 17, 2000 | 2 cassette tapes |
| March 18, 2000 | 2 cassette tapes |
| March 19, 2000 | 1 cassette tape |
| March 20, 2000 | 2 cassette tapes |
| March 21, 2000 | 2 cassette tapes |
| March 22, 2000 | 1 cassette tape |
| March 23, 2000 | 3 cassette tapes |
| March 24, 2000 | 1 cassette tape |

<u>Telephone Number 617/818-6484</u>

| | |
|---|---|
| March 17, 2000 | 2 cassette tapes |
| March 18, 2000 | 2 cassette tapes |

**Total Tapes in Box 14       22**