UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10355DPW |
| | ) | |
| CARMINE D'AMELIO | ) | |
| | ) | |

<u>Defendant's Motion to Modify Release Conditions</u>

Defendant Carmine D'Amelio respectfully moves this Court to modify his release conditions to permit him to attend the wedding of a very close family friend, scheduled for Saturday, July 10, 2004.

This Court had imposed travel restrictions upon Mr. D'Amelio at the time of his initial appearance, restricting his travel to the New England states. Mr. D'Amelio seeks permission to travel to Southfield, Michigan for the dates Thursday, July 8 to Monday, July 12, 2004, to attend the wedding of a close family friend, Daniel Tauro, to his betrothed. Defendant has been in compliance with his release conditions, and Pretrial Services, by Josh Ulrich, has no objection to this request.

CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorneys Ernest DiNisco and Colin Owyang by delivery on April 22, 2004.

Charles P. McGinty

CARMINE D'AMELIO
By his attorney,

/s/ Charles P. McGinty
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061