UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   v.                                                              CRIMINAL NO.
                                                                 03-10355-DPW

CARMINE T. D'AMELIO

### NOTICE OF SCHEDULING PRETRIAL CONFERENCE

WOODLOCK, District Judge

   Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON JUNE 30, 2004 AT 2:30 P.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock.

   By **JUNE 28, 2004**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested), 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

                                                          BY THE COURT,

                                                          /s Rebecca Greenberg
                                                            Deputy Clerk

DATED: June 10, 2004