UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | Crim. No.  03-10355-MBB/DPW |
| **v.** | |
| **CARMINE D'AMELIO,**<br>**a/k/a Junior** | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR FURTHER CONSIDERATION OF THIS COURT'S RULING DENYING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF INFORMATION PURSUANT TO D. MASS. L.R. 116.6(A)**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby files respectfully its Response to the undated[1] Motion for Further Consideration ("Motion") filed by Defendant Carmine D'Amelio ("D'Amelio").  As stated by Judge Woodlock at the June 30, 2004 Initial Pretrial Conference,[2] this matter should again be referred to Chief Magistrate Judge Bowler for her continued consideration following D'Amelio's allegations of changed circumstances.  For the reasons which follow, this Court should

---

[1] The Motion bears no date and no certificate of service. The government has received no Motion from D'Amelio.  Instead, the government received a copy of the Motion by ECF Notice on July 23, 2004 and recognizes the Motion may have been filed on July 22, 2004.

[2] The government makes this representation based on its recollection of Judge Woodlock's statements that Chief Magistrate Judge Bowler should have an opportunity to consider further D'Amelio's motion.  The government is now ordering that transcript and will file a copy as soon as it is received.

dismiss in part as moot and otherwise deny D'Amelio's Motion which nowhere identifies the information to which he claims entitlement.

As previously set forth in its February 17 and March 24, 2004 submissions, including attachments – all of which the government realleges and incorporates herein by reference – and the Court's March 8, 2004 Order, the government has satisfied all of its discovery obligations to date.  For example, the government has produced promises, rewards and inducements as required by L.R. 116.2(B)(1)(c), see, e.g., Feb. 17, 2004 Gov. Resp. at 4-5; Mar. 24, 2004 Gov. Resp. at 2-3, and has identified unindicted co-conspirators as required by L.R. 116.1(C)(1)(e), see, e.g., Mar. 24, 2004 Gov. Resp. at 3-4.  As set forth in the government's March 24, 2004 Sealed Submission in Support of Declination, these disclosures satisfy the government's obligations in this case.

WHEREFORE, the government respectfully requests that this Court dismiss in part as moot and otherwise deny D'Amelio's Motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:  /s/ Colin Owyang
     ERNEST DiNISCO
     COLIN OWYANG
     Assistant U.S. Attorneys

**<u>CERTIFICATE OF SERVICE</u>**

    I, Colin Owyang, do hereby certify that I served a copy of the foregoing pleading by interoffice mail on July 23, 2004 on counsel for defendant Carmen D'Amelio, Charles P. McGinty, Esq., Federal Defender Office, 408 Atlantic Avenue, Boston, Massachusetts.

                                              /s/ Colin Owyang
                                              Colin Owyang
                                              Assistant U.S. Attorney