**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | **Crim. No.  03-10355-MBB/DPW** |
| **v.** | |
| **CARMINE D'AMELIO,** **a/k/a Junior** | |

### SEVENTH JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The Court previously entered an Order in which it excluded certain time through August 5, 2004 for the purposes of the trial clock under the Speedy Trial Act.  See 18 U.S.C. §3161(c).  On August 5, 2004, Defendant Carmen D'Amelio's counsel requested that the Court set a further status conference for September 21, 2004, stipulating to the exclusion of the interim time.

WHEREFORE, the parties hereby jointly move pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the foregoing, that the interests of justice that would be served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties respectfully request that this Court

exclude the requested number of days, from August 5, 2004 through and including September 21, 2004, in computing the time within which trial must commence under 18 U.S.C. §3161(c)(1).

Respectfully submitted,

| | |
|---|---|
| CARMEN D'AMELIO | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

By:

| | |
|---|---|
| /s/ Charles P. McGinty (by CO) | /s Colin Owyang |
| CHARLES P. McGINTY, ESQ. | ERNEST DiNISCO |
| Attorney for Defendant | COLIN OWYANG |
| | Assistant U.S. Attorneys |

Date:  August 5, 2004