**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | Crim. No. 03-10355-MBB/DPW |
| **v.** | |
| **CARMINE D'AMELIO,** a/k/a Junior | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notices respectfully the withdrawal of AUSA Colin Owyang who will leave the office as of close of business on September 10, 2004. AUSA DiNisco will continue to represent the government along with substitute counsel to be named at a later date.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:  /s/ Colin Owyang
     ERNEST DiNISCO
     COLIN OWYANG
     Assistant U.S. Attorneys