# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | Crim. No. 03-10355-MBB/DPW |
| **v.** | |
| **CARMINE D'AMELIO,**<br>**a/k/a Junior** | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notices respectfully the appearance of AUSA Ernest DiNisco on behalf of the government.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                      By:   /s/ Colin Owyang
                                  ERNEST DiNISCO
                                  COLIN OWYANG
                                  Assistant U.S. Attorneys