UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 SEP 24 A 9:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-CR-10355-DPW |
| | ) |
| CARMINE T. D'AMELIO, JR. | ) |

NOTICE OF APPEARANCE

I hereby give notice of my appearance as additional counsel for the United States of America in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
(617) 748-3239

CERTIFICATE OF SERVICE

I hereby certify that I have served this document by sending a true copy thereof by first class mail to defendants' counsel listed below.

Counsel for Carmine T. D'Amelio, Jr.
Charles P. McGinty, Esquire
Federal Defender's Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

/s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney

Dated: September 24, 2004