UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 03-10355-DPW
)
CARMINE T. D'AMELIO, )
        Defendant. )

### ASSENTED-TO MOTION TO RETURN CASE TO DISTRICT COURT

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorneys Ernest S. DiNisco and Heidi E. Brieger, hereby files the following assented-to motion to return this case to the District Court for the purpose of scheduling a Rule 11 hearing. The parties respectfully submit that there is currently a trial set for February 7, 2005, and that the government and defendant have agreed to resolve this case by a change of plea. Therefore, it is requested that this court return the case to the District Court to set a date for a Rule 11 hearing.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
Assented-to:                 United States Attorney

_____     By: _____
CHARLES P. MCGINTY, Esq.     ERNEST S. DINISCO
Counsel for                 HEIDI E. BRIEGER
Carmine T. D'Amelio         Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

Suffolk, ss.                December 22, 2004
Boston, MA

    This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

                              _____
                              ERNEST S. DINISCO
                              HEIDI E. BRIEGER
                              Assistant U.S. Attorneys