# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10355-DPW

UNITED STATES OF AMERICA

v.

CARMINE D'AMELIO
a/k/a Junior

## *FINAL STATUS REPORT*

January 4, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with conducting illegal gambling, a Klein conspiracy and a money laundering conspiracy, was returned on November 20, 2003;

2. Defendant Carmine D'Amelio was arraigned on the Indictment on December 9, 2003;

3. The defendant is not in custody on the charges;