```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

   v.                                        CRIMINAL NO.
                                              03-10355-DPW

CARMINE T. D'AMELIO

### ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **11:00 A.M. ON JANUARY 10, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

    The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                                            BY THE COURT,

```
                                        /s/ Michelle Rynne
                                        Deputy Clerk
DATE: January 6, 2005
```