

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10355-DPW |
|---|---|
| DEFENDANT<br>**CARMINE T. D'AMELIO, a/k/a Junior** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**PUBLICATION**

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
|---|---|
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright*    [X] Plaintiff  [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>April 14, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date 5/4/05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above: Lisa M. Kenneally SA

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)
150 Court St rm 300
New Haven CT

Date of Service: 5/4/05

Time of Service: 7:00 [ ] AM [ ] PM

Signature, Title and Treasury Agency: *Lisa M. Kenneally Special Agent* IRS-CI

**REMARKS:** Published in Boston Herald on 5/6, 5/13 & 5/20 2005

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _20th_ day of _May_ A.D. 20_05_ personally appeared before the undersigned, a Notary Public, within and for the said county, _Madeleine M. Sheehan_

of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

_Criminal No 03-10355-DPW_ advertisement was published in said newspaper in its issues of

_May 6, 13, 20_ A.D. 20 _05_

_Madeleine M. Sheehan_

Subscribed and sworn to before me this _20th_ day of _May_ A.D. 20 _05_

_Valerie Delano_
Notary Public



VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011

---

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.
NOTICE OF ORDER OF FORFEITURE**

Criminal No. 03-10355 - DPW
United States of America, District of Massachusetts, at Boston, Massachusetts, January 10, 2005.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant Carmine T. D'Amelio in the following property, pursuant to Title 21, United States Code, Sections 853, as incorporated by Title 28, United States Code Section 2461 (c):

$20,000 in United States Currency (the "Defendant Currency").

Upon adjudication of all third party interests, the United States of America intends to dispose of the Isuzu Rodeo, in accordance with the law.

Pursuant to 21 U.S.C. s 853(n) (2) and (3), as incorporated by 28 U.S.C. s 2461 (c), any person, other than the Defendant, having or claiming to have a legal interest in the Defendant Currency may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Defendant Currency. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. s 853 (n), as incorporated by 28 U.S.C. s 2461 (c). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Defendant Currency, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the defendant Currency, any additional facts supporting the petitioner's claim, and the relief sought. Upon Adjudication of all third party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. s 853, as incorporated by 18 U.S.C. s 982, in which all such interests will be addressed.

Chief of the Criminal Investigation Division and/or District Asset Forfeiture Coordinator for the Internal Revenue Service District of Massachusetts
May 6, 13, 20



# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10355-DPW |
|---|---|
| DEFENDANT<br>**CARMINE T. D'AMELIO, a/k/a Junior** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**Bernard Grossberg, Esq.**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
**99 Summer Street, Suite 1800, Boston, MA 02110**

Send NOTICE OF SERVICE copy to Requester:

SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of  *Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>April 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date<br>5/6/05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date<br>5/6/05 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: Lisa Kennedy | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>151 Court St<br>Newburn CT | Date of Service<br>5/6/05 | Time of Service<br>9:00 | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>*Kim M Kim* SA DES-CF | | |

REMARKS: Sent certified mail on 5/6/05

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

CRIMINAL INVESTIGATION

Bernard Grossberg, Esq
99 Summer Street, Suit
Boston, MA 02110

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Bernard Grossber[g]
   99 Summer St
   Suite 1800
   Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Deli
                                          5-10-0[ ]
C. Signature
X _____  ☐ Agent
                 ☒ Addres[see]
D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandis[e]
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7002 3150 0000 6893 1540

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

In Re: $20,000.00 in US
       AFTRAK#: 04050019

Dear Attorney Grossberg:

Our records indicate that you may have an ownership interest in the above-described property seized by the Internal Revenue Service (IRS) at <u>John Joseph Moakley United States Courthouse</u> on <u>April 5, 2005</u>. The property is subject to forfeiture to the United States Government in that it was involved in a transaction, or attempted transaction, in violation(s) of:

    [ ] Title 31 U.S.C. 5313(a)   [X] Title 18 U.S.C. 1955
    [ ] Title 31 U.S.C. 5324(a)   [ ] Title 18 U.S.C. 1957

Title 18 U.S.C. 981(a)(1)(A) provides that any property involved in a transaction, or attempted transaction, in violation of the above statutes(s), or any property traceable to such property, may be seized and forfeited to the United States Government.

This letter is to advise you that administrative proceedings have been initiated to perfect forfeiture of the property. Notice of these proceedings, as required by law, is scheduled for publication beginning on <u>May 6, 2005</u>, in the <u>Boston Herald</u>. A copy of the Notice of Seizure to be published is enclosed for your information. This property is subject to forfeiture 30 days from the date of last publication of this notice. Absent the filing of a claim of ownership by you or any other person transferring this matter to U.S. District Court, the property will be administratively forfeited by the IRS <u>Boston Field Office</u> on <u>June 20, 2005</u>.

If you have an ownership interest in the property, then a judicial determination or administrative review is available to you.



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10355-DPW |
|---|---|
| DEFENDANT<br>**CARMINE T. D'AMELIO, a/k/a Junior** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Charles P. McGinty, Esquire

Address (Street or RFD / Apt. # / City, State, and Zip Code)
Office of the Federal Defender, 408 Atlantic Avenue, Boston, MA 02110

Send NOTICE OF SERVICE copy to Requester:

SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| | |
|---|---|
| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>April 14, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date<br>5/16/05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date<br>5/16/05 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above: Lisa M. Kenney SA | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>150 Court St<br>New Haven CT | Date of Service<br>5/6/05 | Time of Service  [X] AM<br>9:00       [ ] PM |
| | Signature, Title and Treasury Agency<br>Lisa M. Kenney SA DT CI | |

REMARKS:

Sent certified mail on 5/6/05

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

**CRIMINAL INVESTIGATION**

Charles P. McGinty
Office of the Federa[l]
408 Atlantic Avenu[e]
Boston, MA 02110

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Charles P. McGinty Esq
   Office of the Federal Defender
   408 Atlantic Ave
   Boston, MA 02110

2. Article Number (Transfer from service label): 7002 3150 0000 8893 1557

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: 5/10/05
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

In Re: $20,000.00 i[n]
AFTRAK#: 04050019

Dear Attorney McGinty:

Our records indicate that you may have an ownership interest in the above-described property seized by the Internal Revenue Service (IRS) at John Joseph Moakley United States Courthouse on April 5, 2005. The property is subject to forfeiture to the United States Government in that it was involved in a transaction, or attempted transaction, in violation(s) of:

[ ] Title 31 U.S.C. 5313(a)   [X] Title 18 U.S.C. 1955
[ ] Title 31 U.S.C. 5324(a)   [ ] Title 18 U.S.C. 1957

Title 18 U.S.C. 981(a)(1)(A) provides that any property involved in a transaction, or attempted transaction, in violation of the above statutes(s), or any property traceable to such property, may be seized and forfeited to the United States Government.

This letter is to advise you that administrative proceedings have been initiated to perfect forfeiture of the property. Notice of these proceedings, as required by law, is scheduled for publication beginning on May 6, 2005, in the Boston Herald. A copy of the Notice of Seizure to be published is enclosed for your information. This property is subject to forfeiture 30 days from the date of last publication of this notice. Absent the filing of a claim of ownership by you or any other person transferring this matter to U.S. District Court, the property will be administratively forfeited by the IRS Boston Field Office on June 20, 2005.

If you have an ownership interest in the property, then a judicial determination or administrative review is available to you.



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 03-10355-DPW |
|---|---|
| DEFENDANT<br>**CARMINE T. D'AMELIO, a/k/a Junior** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Carmine T. D'Amelio

Address (Street or RFD / Apt. # / City, State, and Zip Code)
30 Swan Avenue, East Boston, MA 02128

| Send NOTICE OF SERVICE copy to Requester:<br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of *Shelbey D. Wright* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>April 14, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS | | | Date 5/16/05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 5/16/05 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above: Lisa Kennelly SA

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

| ADDRESS: (Complete only if different than shown above.)<br>150 Court St<br>New Haven CT | Date of Service<br>5/6/05 | Time of Service 9:00 [X] AM [ ] PM |
|---|---|---|
| | Signature, Title and Treasury Agency<br>*M. King* SA IRS CI | |

REMARKS: Sent certified mail on 5/6/05

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

05/27/2005 14:18  6173162100

CID BOSTON

CRIMINAL INVESTIGATION

Carmine T. D'Ame[lio]
30 Swan Avenue
East Boston, MA 0[2128]

In Re: $20,000.00 in
AFTRAK#: 04

[Return receipt card image showing:]
SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Carmine T. D'Amelio
30 Swan Avenue
East Boston, MA
02128

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)  B. Date of Delivery
C. Signature   [ ] Agent  [ ] Addressee
D. Is delivery address different from item 1?  [ ] Yes  [ ] No
If YES, enter delivery address below:

3. Service Type
[X] Certified Mail   [ ] Express Mail
[ ] Registered       [X] Return Receipt for Merchandise
[ ] Insured Mail     [ ] C.O.D.
4. Restricted Delivery? (Extra Fee)  [ ] Yes

2. Article Number (Transfer from service label)
7002 3150 0000 8893 1564

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-142

Dear Carmine T. D'Amelio:

Our records indicate that you may have an ownership interest in the above-described property seized by the Internal Revenue Service (IRS) at <u>John Joseph Moakley United States Courthouse</u> on <u>April 5, 2005</u>. The property is subject to forfeiture to the United States Government in that it was involved in a transaction, or attempted transaction, in violation(s) of:

[ ] Title 31 U.S.C. 5313(a)   [X] Title 18 U.S.C. 1955
[ ] Title 31 U.S.C. 5324(a)   [ ] Title 18 U.S.C. 1957

Title 18 U.S.C. 981(a)(1)(A) provides that any property involved in a transaction, or attempted transaction, in violation of the above statutes(s), or any property traceable to such property, may be seized and forfeited to the United States Government.

This letter is to advise you that administrative proceedings have been initiated to perfect forfeiture of the property. Notice of these proceedings, as required by law, is scheduled for publication beginning on <u>May 6, 2005</u>, in the <u>Boston Herald</u>. A copy of the Notice of Seizure to be published is enclosed for your information. This property is subject to forfeiture 30 days from the date of last publication of this notice. Absent the filing of a claim of ownership by you or any other person transferring this matter to U.S. District Court, the property will be administratively forfeited by the IRS <u>Boston Field Office</u> on <u>June 20, 2005</u>.

If you have an ownership interest in the property, then a judicial determination or administrative review is available to you.

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10355-DPW |
|---|---|
| DEFENDANT<br>**CARMINE T. D'AMELIO, a/k/a Junior** | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br><br>$20,000 in United States Currency |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced currency in accordance with the attached Preliminary Order of Forfeiture and applicable law. **Please note**, this amount was turned over to the IRS on or about April 5, 2005, via Citizens Bank Check No. 553464095-7, made payable to the United States Treasury Department and currently in the custody of the Internal Revenue Service.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant<br>*Shelbey L. Wright* | Telephone No.<br>(617) 748-3100 | Date<br>April 14, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS:<br>*Lisa M. Kennedy* | | Date<br>4/14/05 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: Lisa M. Kennedy | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>150 Court St Rm 360<br>New Haven CT 06510 | Date of Service<br>4/12/05 | Time of Service<br>10 00 | [✓] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>*Lisa M. K* Spec. Agent DRS-CF | | |

REMARKS:
check deposited 4/12/05 to Customs Suspense Acct

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY